# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 5, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Oct 11, 2023
DEBORAH S. HUNT, Clerk

Re: Starbucks Corporation
v. M. Kathleen McKinney, Regional Director of Region 15 of the National Labor Relations Board, for and on Behalf of the National Labor Relations Board
No. 23-367
(Your No. 22-5730)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 3, 2023 and placed on the docket October 5, 2023 as No. 23-367.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst